IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CV-00252-M

| | | |
|---|---|---|
| CLEAN & SOBER MEDIA LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RENEW COUNSELING CENTER OF NC, LLC, | ) | |
| NORMA NEGRON, | ) | |
| GABRIEL PERREA, | ) | |
| GP TAILORED PROMOTIONS, and | ) | |
| DOES 3-10, | ) | |
| | ) | |
| Defendants. | ) | |

These matters come before the court on the Motion for Leave to Amend Answer filed by Defendants Renew Counseling Center of NC, LLC and Norma Negron[1] [DE 88] and the Plaintiff's Motion for Leave to Amend Complaint to Add Doe Defendants [DE 90]. These motions are unopposed.[2] In the interest of justice pursuant to Rule 15 of the Federal Rules of Civil Procedure, the motions are GRANTED. On or before June 14, 2021, the parties shall file the respective Amended Answer [DE 88-1] and First Amended Complaint [DE 90-1] reflecting the modified case caption as set forth above. In addition, the Clerk of the Court is directed to modify the caption on the case docket sheet.

Plaintiff shall serve the First Amended Complaint on the newly named Defendants pursuant to Rule 4 of the Federal Rules of Civil Procedure. The Defendants who have appeared in this case shall file an answer or other response to the First Amended Complaint in accordance with Rule 15.

---

[1] The court dismissed Defendant Giani Rivera on May 21, 2021. DE 95.
[2] No responses were filed in accordance with Local Civil Rule 7.1(f).

The court also notes the Motion for Recovery of Attorney's Fees recently filed by former Defendant Giani Rivera [DE 96]. The court will address all "prevailing party" requests for attorney's fees at the close of the proceedings in this case. *See* Fed. R. Civ. P. 54(d)(2); *see also* advisory committee's note to 1993 amendment. Accordingly, the motion is DENIED WITHOUT PREJUDICE and may be re-filed at the appropriate time.

SO ORDERED this 10th day of June, 2021.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE